Keith Ondre HENDERSON, Petitioner,

v.

The PEOPLE of the State of Colorado, Respondent.

No. 86SC329.

Supreme Court of Colorado, En Banc.

March 17, 1988.

---

## AMENDED ORDER OF COURT

Upon consideration of the brief, record on appeal and the oral argument of counsel, and now being sufficiently advised in the premises,

IT IS THIS DAY ORDERED that the Writ of Certiorari is DENIED as having been improvidently granted.